UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-125-AGR | Date | February 12, 2013 |
|---|---|---|---|
| Title | Michael W. Lyons v. Michael J. Astrue | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** RE ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND/OR FAILURE TO FOLLOW COURT ORDER

On December 18, 2012, this Court granted plaintiff counsel's motion to withdraw as counsel for Plaintiff Michael W. Lyons. (Dkt. No. 13.) The order became effective when counsel filed a proof of service evidencing that Plaintiff was served with the court order.

No Notice of Appearance has been filed by new counsel. Therefore, as set forth in the Order dated December 18, 2012 (Dkt. No. 13), this matter proceeds with Lyons appearing pro se. Pursuant to that Order, Plaintiff was to file and serve the motion for judgment on the pleadings on or before February 8, 2013. The Order stated that "[i]f Plaintiff does not file and serve a timely motion for judgment on the pleadings, this action will be subject to dismissal without prejudice for failure to prosecute and failure to comply with a court order." Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962)."

To date, Plaintiff has not filed and served a motion for judgment on the pleadings.

IT IS HEREBY ORDERED that Plaintiff show cause on or before ***March 12, 2013***, why this case should not be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. Filing and service of a motion for judgment on the pleadings on or before March 11, 2013, shall be deemed compliance with this Order to Show Cause.

If Plaintiff fails to file and serve a motion for judgment on the pleadings or otherwise respond to this Order to Show Cause on or before March 11, 2013, this Court will dismiss this action without prejudice for failure to prosecute and/or failure to comply with a court order. Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962).

cc: Parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-125-AGR | Date | February 12, 2013 |
|---|---|---|---|
| Title | Michael W. Lyons v. Michael J. Astrue | | |

| | Initials of Preparer | mp |
|---|---|---|