UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL W. LYONS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>  Defendant. | CASE NO. SACV 12-125-AGR<br><br>**JUDGMENT** |

   IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: March 20, 2013

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE